1   LATHAM & WATKINS LLP
        Miles N. Ruthberg (SBN 086742)
2       *miles.ruthberg@lw.com*
        Robert W. Perrin (SBN 194485)
3       *robert.perrin@lw.com*
        Brian T. Glennon (SBN 211012)
4       *brian.glennon@lw.com*
        James H. Moon (SBN 286215)
5       *james.moon@lw.com*
6   355 South Grand Avenue
    Los Angeles, California  90071-1560
7   Telephone:  (213) 485-1234
    Facsimile:  (213) 891-8763
8

9   Attorneys for Defendants Pacific Coast Oil Trust; Pacific Coast
    Energy Company LP; PCEC (GP) LLC; Pacific Coast Energy
10  Holdings LLC; Halbert S. Washburn; and Randall H. Breitenbach

JS-6

**FILED:  9/16/14**

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

13  THOMAS WELCH, Individually and on
    Behalf of All Others Similarly Situated,
14
15              Plaintiff,
            v.
16
    PACIFIC COAST OIL TRUST; PACIFIC
17  COAST ENERGY COMPANY LP; PCEC
    (GP) LLC; PACIFIC COAST ENERGY
18  HOLDINGS LLC; HALBERT S.
    WASHBURN; RANDALL H.
19  BREITENBACH; BARCLAYS CAPITAL
    INC.; CITIGROUP GLOBAL MARKETS
20  INC.; MERRILL LYNCH, PIERCE, FENNER
    & SMITH INCORPORATED; J.P. MORGAN
21  SECURITIES LLC; UBS SECURITIES LLC;
    WELLS FARGO SECURITIES, LLC; RBC
22  CAPITAL MARKETS, LLC; ROBERT W.
    BAIRD & CO. INCORPORATED; STIFEL,
23  NICOLAUS & COMPANY,
    INCORPORATED; OPPENHEIMER & CO.
24  INC.; and JANNEY MONTGOMERY
    SCOTT LLC,
25
26              Defendants.
27

No. 2:14-cv-06170-GHK (PLAx)
Hon. George H. King

[~~PROPOSED~~] ORDER
REMANDING ACTION TO
STATE COURT

[*Stipulation To Remand To State
Court Filed Concurrently*]

28          Based on the concurrently filed Stipulation to Remand to State Court, and

1    for good cause appearing,

2        **IT IS HEREBY ORDERED:**

3        1.      This action is remanded to the Superior Court of California, County of

4    Los Angeles.

5        2.      The Clerk shall effect such remand forthwith.

6        **IT IS SO ORDERED.**

7

8    Dated:  September 16, 2014    _____

9                                  Honorable George H. King
                                   United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28